## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph H. Rodriguez |
| | : | |
| v. | : | Crim No. 06-867 (JHR) |
| | : | |
| KASIEM BROWN, a/k/a "KING" | : | **ORDER** |

This matter having come before the Court on Defendant Kasiem Brown's (Brian O'Malley, Esquire, appearing) Pre-trial Motion to Suppress the Firearms Seized on January 30, 2006 [32]; and

Having received opposition by the Government, Christopher J. Christie, United States Attorney for the District of New Jersey (Norman Gross and Deborah Prisinzano Mikkelsen, Assistant U.S. Attorneys, Appearing); and

The Court having received briefing on the matter and having conducted testimonial hearings; and

The Court having fully considered the matter; and

The Court finding that the police lacked the requisite reasonable suspicion to seize the vehicle in which Defendant was an occupant, thereby rendering the weapons seized fruit of an unlawful seizure,

**IT IS ORDERED** this 27th day of October 2008, that Defendant's Motion to Suppress the Firearms Seized on January 30, 2006 [32] is hereby **GRANTED**.

/S/ Joseph H. Rodriguez
Joseph H. Rodriguez
U.S.D.J.