

RALPH J. MARRA, JR.
Acting U.S. Attorney

MATTHEW T. SMITH
Assistant U.S. Attorney
matthew.t.smith@usdoj.gov

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*
*Camden Federal Building & U.S. Courthouse*

401 Market Street, 4th Floor
P.O. Box 2098
Camden, NJ 08101

856/757-5026
FAX 856/968-4917

June 30, 2009

## VIA HAND DELIVERY AND ELECTRONICALLY FILED

Honorable Joseph H. Rodriguez
Senior United States District Judge
Camden Federal Building & U.S. Courthouse
401 Market Street
Camden, New Jersey 08101

    Re:    United States v. Kasiem Brown et al.
             Crim. No. 06-867 (JHR)

Dear Judge Rodriguez:

    Please accept this letter requesting a short extension (3 business days) for the Government to file its opposition to the defendants' pre-trial briefs. Specifically, the Government requests that its pre-trial briefs be due on Thursday, July 2, 2009. The Court was kind enough to grant the Government one previous extension (from June 22, 2009 to June 30, 2009). I spoke to my adversaries (Gil Scutti, Esq. for defendant Ibn Shabazz and Brian O'Malley, Esq. for defendant Kasiem Brown) and they do not object to the requested extension. If this request is granted, the Government will file and serve its opposition on July 2, 2009.

                                Respectfully,

                                RALPH J. MARRA, JR.
                                Acting United States Attorney

                                *s/ Matthew T. Smith*
                                By: Matthew T. Smith
                                    Diana Carrig
                                    Assistant United States Attorneys

CC:    Gil Scutti, Esq. (via electronic mail and ECF filing)
        Brian O'Malley, Esq. (via electronic mail and ECF filing)

        SO ORDERED: _____
                              JOSEPH H. RODRIGUEZ, USDJ