PROB 12A
(10/24)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision (Request for Summons and Hearing)

| | |
|---|---|
| Name of Individual Under Supervision: Kasiem Brown | Cr.: 06-00867-001 |
| | PACTS #: 47114 |

Name of Judicial Officer:  THE HONORABLE JOSEPH H. RODRIGUEZ
SENIOR UNITED STATES DISTRICT JUDGE
(Judicially Reassigned to the Honorable Edward S. Kiel on November 1, 2024)

Date of Original Sentence: 11/22/2010

Original Offense:  Count Two: Sex Trafficking of a Minor & Sex Trafficking by Force, Fraud, and Coercion, 18 U.S.C. § 1591(a); a Class A felony
Count Nineteen: Conspiracy to Traffic Firearms without a License, 18 U.S.C. § 371 (18 U.S.C. § 922(a)(1)(A)); a Class D felony

Original Sentence: 180 months imprisonment on Count 2, 60 months imprisonment on Count 19 (consecutive) for a total of 240 months, lifetime supervised release on Count 2, 3 years supervised release on Count 19 (concurrent)

Special Conditions: Alcohol/Drug Testing and Treatment, Computer Monitoring, Prohibition on Gang/Criminal Association, Mental Health Treatment, Restricted Contact with Minors, New Debt Restrictions, Sex Offender Registration, and Self-Employment/Business Disclosure

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 01/08/2024 |

## CAUSE

Brown is currently working as a Door Dash Delivery driver making various deliveries to homes and businesses throughout the day and/or night. Based on the instant offense, the Probation Office asked Brown to discontinue that line of work due to the risk it presents to the community by putting him in contact with minors at their homes. Brown disagrees with the Probation Office and argues that he is having trouble finding work and needs to be able to pay his bills. He further stated that he wants to start his own business utilizing a van to make deliveries for companies like Amazon and Walmart and also provide services like moving and "clean outs" in residential communities. This presents an even greater risk, as these types of jobs may present potential for further contact with minors in their homes.

The Probation Office is requesting a hearing before the Court to address this matter and to ultimately decide whether Brown should be allowed to continue working for Door Dash and start his own delivery business in the future.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

Prob 12A – page 2
Kasiem Brown

By: BETHANY CREDE
U.S. Probation Officer

/ bc

APPROVED:

_____   11/1/24
ANTHONY M. STEVENS                                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

__X__ The issuance of a summons and the scheduling of a hearing on **November 13, 2024 at 11:00 a.m.** (date and time) in Courtroom __4D__ before The Honorable Edward S. Kiel (as recommended by Probation).

☐ Other

*/s/ Edward S. Kiel*
_____
United States District Judge

November 4, 2024
_____
Date